Alan **WOODS** and Cara **Woods,**
Plaintiffs-Appellees,

v.

**BURLINGTON NORTHERN RAILROAD COMPANY,** et al., Defendants-Appellants.

No. 84–7510.

United States Court of Appeals, Eleventh Circuit.

June 5, 1987.

L. Vastine Stabler, Cabaniss, Johnston, Gardner, Dumas & O'Neal, Kenneth D. Davis, Birmingham, Ala., for defendants-appellants.

Carlton T. Wynn, Mac Parsons, Hare, Wynn, Newell & Newton, William J. Wynn, Francis H. Hare, Jr., Alva C. Caine, Birmingham, Ala., for plaintiffs-appellees.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before VANCE and JOHNSON, Circuit Judges, and MORGAN, Senior Circuit Judge.

PER CURIAM:

Pursuant to the mandate of the Supreme Court of the United States, —— U.S. ——, 107 S.Ct. 967, 94 L.Ed.2d 1, this court's order, filed September 19, 1985 granting appellee's motion for a ten percent penalty assessment pursuant to Alabama statute is VACATED. The opinion and judgment of this court affirming the judgment of the district court is REINSTATED.